CR20-4053-LTS

Silas Long Bui

18450-029

420 Chambers street

Sioux City, Iowa 51101

402-719-7650


March 30, 2023


The Honorable Cheif United States District Court Judge,

Leonard T. Strand

U.S. District Court
Northern District of Iowa
320 6th Street
Sioux City, IA 51101
(712) 233-3900


Re: First Step Act time credit calculation and application.


Dear Honorable Cheif United States District Court Judge Leonard T. Strand,


Thank you for taking the time to read this. I am writing you because while I was incarcerated at FCI Oxford I earned around 200 first step act credits. I talked to my case manager, Mr. Weber and he told me that I was a high recidivsm so I could not apply it to my sentence. But I was informed that once I was at the half way house I could apply it to my home confinement or towards the end of my sentence. I am at the halfway house at Dismas in Sioux city and I am working, taking the steps to get my driver's license, and setting up a payment plan for my fines. My release date is August 18 and I would really deeply appreciate if the court and help get my first step act credits calculated and applied. Once again, thank you for taking the time to read this.


Sincerely

Silas Long Bui

SIOUX FALLS SD 570
31 MAR 2023 PM 2 L
XRAYED US MARSHALS SERVICE

Leonard T. Strand
US district court
320 6th Street
Sioux City, IA
51101

51101-125699

DAMAS CHARITIES, INC.
SIOUX CITY

Sims Bui

420 CHAMBERS STREET • SIOUX CITY, IA 51101

3-cv-04018-LTS-KEM   Document 1   Filed 04/04/23   Pa